

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Lisa Plunkett et al.,

Vs. No. 11-13-00129-CV

Connecticut General Life Insurance
Company and South Central RS, Inc.,

* From the 68th District
Court of Dallas County,
Trial Court No. 02-1176-C.

* May 29, 2015

* Memorandum Opinion by McCall.
(Panel consists of: Wright, C.J.,
Willson, J. and McCall, sitting by
assignment)
(Bailey, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the orders below. Therefore, in accordance with this court's opinion, the orders of the trial court are in all things affirmed. The costs incurred by reason of this appeal are taxed against Appellants, Lisa Plunkett et al.